UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811/856-456-8558 (Fax)
Attorney for the debtor

In Re:

Joseph Bush

Case No.:    14-22890 (ABA)

Judge:    Andrew B. Altenburg

Chapter:    13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ ____$3,181.00____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
A future payment of $3181.00 will be made in two weeks.
I am attempting to catch up on all arrearges

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: September 24, 2016                                         Joseph Bush
                                                                 Debtor's Signature

Date: _____                                             _____
                                                                 Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811/856-456-8558 (Fax)
Attorney for the debtor

In Re:

Joseph Bush

Case No.: 14-22890 (ABA)

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

Chapter: 13

Recommended Local Form:     ☐ Followed     ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## TO DISMISS DEBTORS' CHAPTER 13 BANKRUPTCY

The relief set forth on the following page is hereby **ORDERED.**

A motion or application having been filed on ___September 13___, 20 _16_ by _Isabel C. Balboa, Standing Trustee_ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Joseph Bush | Case Number:   14-22890 (ABA)<br><br>Hearing Date:<br><br>Judge:   Andrew B. Altenburg, Jr.<br><br>Chapter:   13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

**CERTIFICATION IN SUPPORT OF CERTIFICATION IN OPPOSITION TO MOTION TO DISMISS**

I, Joseph Bush, of full age, does hereby certify and state:

1. I am the debtor in the above-captioned matter and have personal knowledge of the facts stated herein.

2. A payment in the amount of $3181.00 was made on September 23, 2016

3. A second payment in the amount of $3181.00 will be made in two weeks. I am attempting to catch up on all arrearages.

4. I am respectfully requesting that my case not be dismissed.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: September 24, 2016    /s/ Joseph Bush
                                              Joseph Bush

1

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Joseph Bush | Case Number:   14-22890 (ABA)<br><br>Hearing Date:<br><br>Judge:   Andrew B. Altenburg, Jr.<br><br>Chapter:   13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## CERTIFICATION OF SERVICE

1. I, __Terry LaBance__ :

   ☐   represent _____ in this matter.

   X    am the secretary/paralegal for __Mark W. Ford__, who represents
   __Joseph Bush__ in this matter.

   ☐   am the _____ in this case and am representing myself.

2. On __September 24, 2016__, I sent a copy of the following pleadings and or documents to the parties listed in the attach chart below.

   a. Debtors' Certification in Opposition to Dismiss

   b. Certification in Support of Debtors' Certification to Dismiss

   d. Proposed Order Denying Trustees' Motion to Dismiss

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __September 24, 2016__        _____
                                     Terry LaBance

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel Balboa<br>Standing Chapter 13 Trustee<br>535 Rt. 38, Suite 580<br>Cherry Hills, NJ  08002 | Trustee | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>Other E-File<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2