UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.: __14-22890__ |
| Joseph Bush | : | |
| | : | Adv. No.: _____ |
| | : | |
| | : | Judge: __ABA__ |
| Debtor (s), | : | |
| _____ | : | Chapter: ____13____ |

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Andrew B. Altenburg, Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor(s) Objection to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. __4B__
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** October 28, 2016 @ 9:00 AM,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** __✔__ ARE REQUIRED    ____ ARE NOT REQUIRED

DATED:    __9/26/16__                           JAMES J. WALDRON, Clerk

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __September 26__, 20 __16__ the foregoing notice was served on the following:
Debtor(s)
Attorney for Debtor(s), if any
Chapter 13 Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03 jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 14-22890-ABA
Joseph Bush                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1             Date Rcvd: Sep 26, 2016
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2016.
db             +Joseph Bush,    101 East Forrest Road,    Cherry Hill, NJ 08034-1643

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2016 at the address(es) listed below:
      Brian E Caine    on behalf of Creditor    Springleaf Financial Services, Inc.
       bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC 1
       jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin P. Diskin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC 1
       kevin.diskin@buckleymadole.com, NJ_ECF_Notices@buckleymadole.com
      Mark W. Ford    on behalf of Debtor Joseph  Bush markfordlaw@juno.com,
       dsorbello@MarkFordLaw.comcastbiz.net
      Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                               TOTAL: 7