UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Specialized Loan Servicing LLC, as servicer for
Deutsche Bank National Trust Company, as Trustee
for GSAMP Trust 2007-HSBC1 Mortgage Pass-
Through Certificates, Series 2007-HSBC 1

In Re:
    Bush, Joseph

Order Filed on November 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    14-22890 ABA

Chapter: 13

Hearing Date: November 2, 2017

Judge: Andrew B. Alternburg Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 7, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC 1</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■ Real Property More Fully Described as:

   **Land and premises commonly known as Lot 17, Block 339.19, 101 East Forrest Road, Cherry Hill NJ 08034**

☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Bush  
    Debtor

Case No. 14-22890-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 07, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2017.  
db           +Joseph Bush,    101 East Forrest Road,    Cherry Hill, NJ 08034-1643

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2017 at the address(es) listed below:

         Brian E Caine    on behalf of Creditor    Springleaf Financial Services, Inc.  
          bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC 1  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC 1  
          jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin P. Diskin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC 1  
          NJ_ECF_Notices@buckleymadole.com  
         Mark W. Ford    on behalf of Debtor Joseph  Bush markfordlaw@juno.com, dsorbello@MarkFordLaw.comcastbiz.net  
         Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
                                                                                                 TOTAL: 8