Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  14–22890–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph Bush
   101 East Forrest Road
   Cherry Hill, NJ 08034

Social Security No.:
   xxx–xx–0057

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/2/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 2, 2018
JAN: ml

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-22890-ABA
Joseph Bush                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin            Page 1 of 2          Date Rcvd: Feb 02, 2018
                            Form ID: 148            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
```
db         +Joseph Bush,   101 East Forrest Road,   Cherry Hill, NJ 08034-1643
cr         +Springleaf Financial Services, Inc.,   Parker McCay PA,   9000 Midlantic Drive,   Suite 300,
             PO Box 5054,   Mount Laurel, NJ 08054-5054
514875212  +C & W Pressroom Products, Inc.,   65 Brunswick Avenue,   Edison, NJ 08817-2512
514893974  +Citibank N.A.,   Firstmark Services,   PO Box 82522,   Lincoln, NE 68501-2522
517061509  +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
514875217  +Deutsche Bank National Trust Company,   C/O Kivitz, McKeever Lee, PC,
             701 Market St., Ste. 500,   Philadelphia, PA 19106-1538
516552196   Deutsche Bank National Trust Company, as Trustee,   KML Law Group PC,   Sentry Office Plaza,
             216 Haddon Avenue, Suite 206,   Westmont, NJ 08108
514875219  +Financial Recoveries,   200 East Park Drive, Ste. 100,   Mount Laurel, NJ 08054-1297
514875223   Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
514875226  +New Century Financial Services,   C/O Pressler & Pressler,   7 Entin Road,
             Parsippany, NJ 07054-5020
514875229  +SLS,   8742 Lucent Blvd., Ste. 300,   Highlands Ranch, CO 80129-2386
514954248  +SPECIALIZED LOAN SERVICING, LLC,   8742 LUCENT BLVD SUITE 300,
             HIGHLANDS RANCH, COLORADO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2018 23:28:53   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2018 23:28:48   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
514890464   EDI: AIS.COM Feb 02 2018 23:03:00   American InfoSource LP as agent for,
             Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
514875211   EDI: BANKAMER.COM Feb 02 2018 23:04:00   Bank Of America,   Po Box 982235,
             El Paso, TX  79998-2235
514875213   EDI: CAPITALONE.COM Feb 02 2018 23:04:00   Capital One,   PO Box 30285,
             Salt Lake City, UT  84130-0285
515022868   EDI: CAPITALONE.COM Feb 02 2018 23:04:00   Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
514875214  +E-mail/Text: cst.bankruptcy@chase.com Feb 02 2018 23:30:01   Chase,   PO Box 7013,
             Indianapolis, IN 46207-7013
514875215  +EDI: CHASE.COM Feb 02 2018 23:04:00   Chase Bank USA,   PO Box 15298,
             Wilmington, DE 19850-5298
514875216  +EDI: CITICORP.COM Feb 02 2018 23:04:00   Citibank,   PO Box 6497,
             Sioux Falls, SD 57117-6497
514903449  +EDI: TSYS2.COM Feb 02 2018 23:04:00   Department Stores National Bank/Macys,
             Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
514875218  +EDI: BANKAMER.COM Feb 02 2018 23:04:00   FIA Card Services, N.A.,   655 Papermill Road,
             Newark, DE 19711-7500
514875220  +EDI: RMSC.COM Feb 02 2018 23:04:00   GE Money Bank,   Attn: Bankruptcy Dept.,
             PO Box 103104,   Roswell, GA 30076-9104
514875221  +EDI: HFC.COM Feb 02 2018 23:04:00   HSBC Bank,   PO Box 9,   Buffalo, NY 14240-0009
514875222   EDI: IRS.COM Feb 02 2018 23:04:00   Internal Revenue Service,   57 Haddonfield Road, Ste. 120,
             Cherry Hill, NJ  08002-4813
514875224  +EDI: TSYS2.COM Feb 02 2018 23:04:00   Macys,   Bankruptcy Processing,   PO Box 8053,
             Mason, OH 45040-8053
514875225  +EDI: MID8.COM Feb 02 2018 23:04:00   Midland Funding, LLC,   8875 Aero Dr., Ste. 200,
             San Diego, CA 92123-2255
514875227  +E-mail/PDF: bankruptcy@ncfsi.com Feb 02 2018 23:35:05   New Century Financial Services,
             110 S. Jefferson Rd., Ste. 104,   Whippany, NY 07981-1038
515153636   EDI: AGFINANCE.COM Feb 02 2018 23:03:00   SPRINGLEAF FINANCIAL SERVICES,   P.O. BOX 3251,
             EVANSVILLE, IN 47731-3251
514875230   EDI: AGFINANCE.COM Feb 02 2018 23:03:00   Springleaf Financial Services,   601 NW 2nd Street,
             Evansville, IN  47708
514875231  +EDI: RMSC.COM Feb 02 2018 23:04:00   SYNCB/JCP,   PO Box 965007,   Orlando, FL 32896-5007
514875228   EDI: NAVIENTFKASMSERV.COM Feb 02 2018 23:03:00   Sallie Mae, Inc.,   PO Box 9635,
             Wilkes-Barre, PA  18773-9635
514875232  +EDI: MID8.COM Feb 02 2018 23:04:00   Washington Mutual Bank,   C/O Midland Funding,
             8875 Aero Dr., Ste. 200,   San Diego, CA 92123-2255
514993520  +EDI: WFFC.COM Feb 02 2018 23:04:00   Wells Fargo Bank  N A,
             Wells Fargo Education Financial Services,   301 E 58th Street N,   Sioux Falls SD 57104-0422
514875233  +EDI: WFFC.COM Feb 02 2018 23:04:00   Wells Fargo Loan Originators,   PO Box 84712,
             Sioux Falls, SD 57118-4712
514875234  +EDI: MID8.COM Feb 02 2018 23:04:00   World Financial Network Nat.,   C/O Midland Funding,
             8875 Aero Dr., Ste. 200,   San Diego, CA 92123-2255
                                                                                        TOTAL: 25
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

```
District/off: 0312-1        User: admin            Page 2 of 2           Date Rcvd: Feb 02, 2018
                           Form ID: 148           Total Noticed: 37
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor    Springleaf Financial Services, Inc.
          bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC 1
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC 1
          jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin P. Diskin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007-HSBC 1
          NJ_ECF_Notices@buckleymadole.com
          Mark W Ford    on behalf of Debtor Joseph   Bush markfordlaw@juno.com
          Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                   TOTAL: 8
```